## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | January 11, 2017 |
| **TIME:** | 10:30 a.m. |
| **DOCKET NUMBER(S):** | **CV 15-5892 (KAM)** |
| **NAME OF CASE(S):** | Jones v. City of New York et al |
| **FOR PLAINTIFF(S):** | **Lumer** |
| **FOR DEFENDANT(S):** | **Siskind** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **10:55-11:07** |

**RULINGS FROM TELEPHONE CONFERENCE:**

**Defendants shall provide dates during February when they will produce Smith for deposition by February 3. If they fail to do so, Smith will be precluded as a witness for defendants in support of or opposition to any summary judgment motion or at trial. If Smith is not scheduled for deposition by February 3, plaintiff may submit a premotion conference application in anticipation of moving for summary judgment by February 10. If Smith is made available for deposition during February, plaintiff may submit his premotion conference application by March 8, 2017.**